IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RANDY THURMAN BELYEU, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-cv-329-WKW |
| | ) | (WO) |
| STATE OF ALABAMA | ) | |
| DEPARTMEN T OF YOUTH | ) | |
| SERVICES; WALTER J. WOODS; | ) | |
| G. W. BOOKER, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

On December 13, 2006, the court entered a Memorandum Opinion and Order dismissing the plaintiff's complaint. (Doc. # 13.) In the Memorandum Opinion and Order, however, the court afforded the plaintiff an opportunity to file an amended complaint on or before December 29, 2006. (*Id*. at 4.) The court also advised the plaintiff that failure to file an amended complaint will result in a final judgment dismissing the action. (*Id*.) As of this date, no amended complaint has been filed.[1] Accordingly, it is hereby

ORDERED this action is DISMISSED WITHOUT PREJUDICE.

An appropriate judgment shall be entered.

DONE this 16th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE

---

[1] Moreover, as of this date, the plaintiff has not responded in any manner to the court's order nor is there any indication in the record that the plaintiff did not receive a copy of the court's order.