IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDY THURMAN BELYEU, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:04-cv-329-WKW |
| | )          (WO) |
| STATE OF ALABAMA | ) |
| DEPARTMEN T OF YOUTH | ) |
| SERVICES; WALTER J. WOODS; | ) |
| G. W. BOOKER, | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court this action is hereby DISMISSED WITHOUT PREJUDICE.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

DONE this 16th day of January, 2007.

        /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE